

Finding the evidence sufficient to support the conviction under an information charging that appellant drove his motor vehicle at a speed that was not reasonable and prudent and failed to guide his motor vehicle away from and failed to keep a proper lookout for a motor vehicle occupied by deceased while unlawfully driving on the left hand side of the highway, and no reversible error appearing, the judgment is affirmed.

BELCHER, Commissioner.

The conviction is for arson; the punishment, two years.

No notice of appeal is contained in the record, as required by Art. 827, Vernon's Ann.C.C.P.; Oehlers v. State, Tex.Cr.App., 367 S.W.2d 672; Monrreal v. State, Tex. Cr.App., 368 S.W.2d 948. In the absence of such notice this Court has no jurisdiction.

The appeal is dismissed.

Opinion approved by the Court.

**James MUMPHREY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 39463.**

Court of Criminal Appeals of Texas.

May 4, 1966.

**Willie STEVENS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 39584.**

Court of Criminal Appeals of Texas.

May 4, 1966.

Odom & Allen, by Leonard C. Craig, Tyler, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney of record on appeal.

Henry Wade, Dist. Atty., W. John Allison, Asst. Dist. Atty., Dallas, and Leon B.